IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RAY RONNIE GOVEA,

    Petitioner,                    No. CIV S-11-0977 EFB P

    vs.

UNKNOWN,

    Respondent.              <u>ORDER</u>

_____/

    Petitioner is a state prisoner confined to Folsom State Prison, and proceeds without counsel. He has filed a document with the court entitled "Notification to the Court of Change of Address, and Extraordinary Circumstances Why I Was Unable to Meet the AEDPA Deadline to File Writ." Dckt. No. 1. In this filing, petitioner states that extraordinary circumstances have prevented him from timely filing a petition for writ of habeas corpus to challenge a conviction arising out of Los Angeles County, case number MA033398. Both this court and the United States District Court in the district where petitioner was convicted would have jurisdiction over an application for writ of habeas corpus, *see Braden v. 30th Judicial Circuit Court*, 410 U.S. 484, 499-500 (1973), but witnesses and evidence necessary for the resolution of such an application would be more readily available in the county of conviction. *Id.* at 499 n.15; 28 U.S.C. § 2241(d).

1  Because it appears that petitioner has commenced this action for the purpose of pursuing
2  an application for writ of habeas corpus to challenge a conviction and sentence imposed by the
3  Superior Court of Los Angeles County, the court transfers this action to the United States
4  District Court for the Central District of California, Western Division.  28 U.S.C. §§ 84(c)(2);
5  1404(a).
6  Accordingly, it is ORDERED that this action is transferred to the United States District
7  Court for the Central District of California, Western Division.
8  Dated:  April 15, 2011.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE