O

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | | |
|---|---|---|
| RAY RONNIE GOVEA, | ) | No. CV 11-03396-CAS (VBK) |
| | ) | |
| Petitioner, | ) | ORDER ACCEPTING FINDINGS AND |
| | ) | RECOMMENDATIONS OF UNITED STATES |
| v. | ) | MAGISTRATE JUDGE |
| | ) | |
| ROBERT TRIMBLE, | ) | |
| | ) | |
| Respondent. | ) | |
| ———————————————————— | ) | |

Pursuant to 28 U.S.C. §636, the Court has reviewed the Third Amended Petition for Writ of Habeas Corpus ("Third Amended Petition"), the records and files herein, and the Report and Recommendation of the United States Magistrate Judge ("Report"). Further, the Court has engaged in de novo review of those portions of the Report to which Petitioner has objected.

//

//

//

//

//

1    **IT IS ORDERED** that: (1) the Court accepts the findings and

2  recommendations of the Magistrate Judge, and (2) the Court declines to

3  issue a Certificate of Appealability ("COA").[1]

4

5  DATED: November 4, 2014

   CHRISTINA A. SNYDER
6  UNITED STATES DISTRICT JUDGE

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21    [1]    Under 28 U.S.C. §2253(c)(2), a COA may issue "only if the
    applicant has made a substantial showing of the denial of a
22  constitutional right."  The Supreme Court has held that, to obtain a
    Certificate of Appealability under §2253(c), a habeas petitioner must
23  show that "reasonable jurists could debate whether (or, for that
    matter, agree that) the petition should have been resolved in a
24  different manner or that the issues presented were 'adequate to
    deserve encouragement to proceed further'."  Slack v. McDaniel, 529
25  U.S. 473, 483-84, 120 S.Ct. 1595 (2000)(internal quotation marks
    omitted); see also Miller-El v. Cockrell, 537 U.S. 322, 336, 123 S.Ct.
26  1029 (2003).  After review of Petitioner's contentions herein, this
    Court concludes that Petitioner has not made a substantial showing of
27  the denial of a constitutional right, as is required to support the
    issuance of a COA.
28

2