JS - 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | | |
|---|---|---|
| RAY RONNIE GOVEA, | ) | No. CV 11-03396-CAS (VBK) |
| Petitioner, | ) | JUDGMENT |
| v. | ) | |
| ROBERT TRIMBLE, | ) | |
| Respondent. | ) | |

Pursuant to the Order Accepting the Findings and Recommendations of the United States Magistrate Judge,

**IT IS ADJUDGED** that the Third Amended Petition for Writ of Habeas Corpus is dismissed with prejudice.

DATED: November 4, 2014

_/s/ Christina A. Snyder_
CHRISTINA A. SNYDER
UNITED STATES DISTRICT JUDGE